384 A.2d 991

Commonwealth v. Sprankle, Appellant.

Argued November 18, 1977. Ralph T. Forr, Jr., Assistant Public Defender, for appellant; William J. Haberstroh and Donald E. Speice, Assistant District Attorneys, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.